# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:17-CR-241** |
| : | **CRIMINAL NO. 1:08-CR-49** |
| : | |
| v. : | (Judge Conner) |
| : | |
| **DAVID WAYNE MILES,** : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 22nd day of July, 2020, upon consideration of the *pro se* motion (Doc. 50) to vacate, set aside, or correct sentences pursuant to 28 U.S.C. § 2255 by defendant David Wayne Miles, and for the reasons set forth in the court's accompanying memorandum of today's date, it is hereby ORDERED that:

1. Miles' motion (Doc. 50) to vacate, set aside, or correct sentences under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED, see 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to CLOSE the corresponding civil case, number 1:20-CV-302.

　　　　　　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania